DOC :57732  BK:35279  PG:136
RECEIVED - RECORDED, CUMBERLAND COUNTY REGISTER OF DEEDS
11/09/2018, 02:10:57P
Register of Deeds Nancy A. Lane    E-RECORDED

## Quitclaim Assignment

WHEREAS, American Residential Mortgage, is identified as the "Lender" on a certain mortgage executed by Mark R. Lebel and Donna M. Lebel, and bearing the date of October 6, 2005, securing the property located at 6 Eastern Avenue, Falmouth, in the County of Cumberland and State of Maine and recorded in the Cumberland County Registry of Deeds in Book 23259, Page 149 (hereinafter the "Mortgage");

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to Federal National Mortgage Association ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee.

JPMorgan Chase Bank, National Association, attorney in fact for U.S. Realty Corp. S/B/M to Chase Mortgage Services, Inc., a Delaware Corporation, F/K/A Chase Manhattan Mortgage Corporation, S/B/M to American Residential Mortgage Corporation,

_Eric M. Bird_
Eric M. Bird   Vice President

STATE OF LOUISIANA

PARISH OF OUACHITA

Subscribed before me, on _November 9_, 2018, by _Eric M. Bird_ as _Vice President_. He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

Notary Public   Katrina Marie Johnson 68375
My Commission expires: Lifetime


EXHIBIT K