# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   CIVIL NO. 2:19-cv-00574-JDL<br>) |
| MARK R. LEBEL, et al., | )<br>) |
| Defendants | )<br>) |
| PEOPLE'S UNITED BANK, et al., | )<br>) |
| Interested Parties. | ) |

## **JUDGMENT**

In accordance with the Order Dismissing Complaint, entered June 9, 2020, by Chief U.S. District Judge Jon D. Levy;

JUDGMENT of dismissal without prejudice is hereby entered.

Christa Berry<br>
Clerk of Court<br>
<br>
By: /s/ Amy Spencer<br>
Deputy Clerk

Dated: June 10, 2020